IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON

| | |
|---|---|
| BOBO'S DRUGS, INC. d/b/a DAVIS ISLANDS PHARMACY, individually and as the representative of a class of similarly-situated persons, <br><br>    Plaintiff, <br>  v. <br><br>ST. JOHN'S UNIVERSITY, and GETAWAY SEMINARS, INC., <br><br>    Defendants. | No. 8:17-cv-00372 |

## JOINT NOTICE OF SETTLEMENT

Parties jointly provide notice to the Court that they have reached an agreement-in-principle to settle this case on an individual basis. The parties are currently in the process of memorializing their settlement in written documents and expect to file a Stipulation of Dismissal with the Court upon the completion of that process and the consummation of the settlement.

Respectfully submitted, this 9th day of March 2018.

| GETAWAY SEMINARS, INC. and ST. JOHN'S UNIVERSITY, | BOBO'S DRUGS, INC. d/b/a DAVIS ISLANDS PHARMACY, |
|---|---|
| By: /s/ Robert E. Burkett, Jr. <br> One of its attorneys | By: /s/ Phillip A. Bock <br> One of its attorneys |
| Robert E. Burkett, Jr. (FL 545074) <br> BURKETT LAW OFFICE <br> 5237 Summerlin Commons Blvd. #217 <br> Fort Myers, Florida 33907 <br> Telephone: (239) 275-2145 | Phillip A. Bock (FL 93985) <br> Bock, Hatch, Lewis & Oppenheim, LLC <br> 134 N. La Salle St., Ste. 1000 <br> Chicago, IL 60602 <br><br> P.O. Box 416474 |

Miami Beach, FL 33141

Telephone: 312-658-5500  
Facsimile: 312-658-5555  
phil@classlawyers.com

## CERTIFICATE OF SERVICE

I hereby certify that on this March 9, 2018, I filed a copy of the foregoing document with the Clerk of Court using the CM/ECF system, which will automatically send notice of the filing to all counsel of record.

/s/ Phillip A. Bock